

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2015

No. 04-15-00683-CV

Barton **WADE**,
Appellant

v.

**SABR MORTGAGE LOAN 2008-1 REO SUBSIDARY-LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV03726
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On November 2, 2015, appellant filed a notice of appeal from a judgment that was signed, according to appellant, on September 17, 2015. The judgment date is based solely on appellant's representation; neither the clerk's record nor a copy of the judgment has been filed in this court. On November 2, 2015, appellant also filed an affidavit of inability to pay costs in this court. It appears appellant did not file the affidavit in the trial court.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). Appellant's affidavit was therefore due in the trial court on November 2, 2015, the date his notice of appeal was filed. *See id*.

We **ORDER** the clerk of this court to send copies of the affidavit and this order to the trial court clerk, the court reporter, and all parties. *See* R. 20.1(d)(2).

We further **ORDER** that any party who desires to file a contest to appellant's affidavit of indigence must do so on or before **November 16, 2015**. **Any contest must be filed in this court**. *See* R. 20.1(e)(1).

We **order** the clerk of this court to serve a copy of this order on the district clerk, the court reporter, appellant, and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2015.



Keith E. Hottle
Clerk of Court